In the Matter of ARTHUR F. CARRUTHERS et al., Respondents, against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.

Submitted November 21, 1950; decided December 1, 1950.

*A. Mark Levien* for motion.

*John P. McGrath, Corporation Counsel (Arthur H. Kahn* of counsel), opposed.

Motion denied and case set down for argument during the first week of the January, 1951, session.